HARRY R. KRAUSE, Respondent, *v.* 1314 AVENUE K REALTY CO., INC., Appellant, et al., Defendants.

Submitted November 13, 1944; decided November 30, 1944.

*Julius S. Christensen, James J. McLoughlin* and *Thomas F. Harrigan* for motions.

*Harry E. Kreindler* and *Morton S. Waxman* opposed.

Motion for leave to appeal from judgment denied, with ten dollars costs and necessary printing disbursements.

Motion for leave to appeal from order dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.